**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Primrose Candy Co.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-1645950** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4111 W. Parker Ave.**<br>**Chicago, IL 60639**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | Primrose Candy Co. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor  **Primrose Candy Co.**                                    Case number (*if known*) _____

Name

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ | |
| | District _____ | When _____ | Case number, if known _____ | |

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Primrose Candy Co.** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2026**
MM / DD / YYYY

**X /s/ Jeff Puch**                          **Jeff Puch**
Signature of authorized representative of debtor        Printed name

Title    **President/Director**

**18. Signature of attorney**

**X /s/ David K. Welch**                     Date **January 27, 2026**
Signature of attorney for debtor                      MM / DD / YYYY

**David K. Welch 06183621**
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
Firm name

**330 N. Wabash
21st Floor
Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone    **312-840-7122**    Email address   **dwelch@burkelaw.com**

**06183621 IL**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Primrose Candy Co.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Ingredients 210 Mittel Drive Wood Dale, IL 60191** | | | | | | $333,890.04 |
| **Archer Daniels Midland PO Box 92572 Chicago, IL 60675-2575** | | | | | | $43,965.62 |
| **B.L.V. Marketing 2511 N. 124th Street Suite 102 Brookfield, WI 53005** | | | | | | $47,564.18 |
| **BMO Harris Bank, N.A. c/o Anthony J. Gattuso SVP Director 9550 W. Higgins Rd., #975 Rosemont, IL 60018** | | PPP Loan Balance | Disputed | | | $377,026.79 |
| **City of Chicago Dept. Of Finance-Water Div. PO Box 6330 Chicago, IL 60680-6330** | | | Disputed | | | $78,355.10 |
| **Commonwealth Edison PO Box 6112 Carol Stream, IL 60197-6112** | | | Disputed | | | $733,635.63 |
| **Del Principe & Allie 625 South College Ave. Rensselaer, IN 47978** | | | | | | $77,680.00 |

| Debtor | **Primrose Candy Co.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dynegy Energy Services 27679 Network Place Chicago, IL 60673** | | | **Disputed** | | | **$243,793.28** |
| **Ennes & Associates, Inc. 553 N. North Ct. Palatine, IL 60067** | | | | | | **$73,518.49** |
| **Fibersol PO Box 92572 Chicago, IL 60675-2572** | | | | | | **$44,092.47** |
| **Flavorchem PO Box 735783 Dallas, TX 75373-5783** | | | | | | **$52,605.04** |
| **Great Lakes Milk Products Dept 10301 PO Box 87618 Chicago, IL 60680** | | | | | | **$48,583.85** |
| **Integrity Food Marketing 487 Dwvon Park Drive Wayne, PA 19087** | | | | | | **$96,807.36** |
| **JMK 3399 Peachtree Rd. NE Suite  535 Atlanta, GA 30326** | | | **Disputed** | | | **$170,000.00** |
| **Kathleen (HK) Company Ltd. Juxingwei Country Dali Zone Qingxi Town, Dongguan City Guangdong Province China** | | | | | | **$142,555.80** |
| **Labor Solutions, LLC 729 Pinecrest Drive Prospect Heights, IL 60070** | | | | | | **$7,500,000.00** |
| **Morcor Industries Inc. 501 Davis Road Elgin, IL 60123** | | | | | | **$78,892.78** |
| **Peoples Gas PO Box 1110 Glenview, IL 60025** | | | | | | **$57,661.13** |

Debtor    **Primrose Candy Co.**                                    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pullman Sugar LLC 700 E. 107 St. Chicago, IL 60628** | | | | | | $56,147.10 |
| **Simply Natural Foods, LLC 74 Mall Drive Commack, NY 11725** | | | **Disputed** | | | $1,280,576.00 |

.

1891
2213 Vista Drive
Burlington, WI


A. Messe & Sons Corp.
2500 W. Lake St.
Chicago, IL 60612


Aceme Metrology
PO Boxx  882049
Port Saint Lucie, FL 34988-2049


Action Sales West
4666 Park Granada
Unit #146
Calabasas, CA 91302


Advantage Mechanical II Inc.
575 S. IL Route 53
Lombard, IL 60148


AFCO Credit Corporation
150 North Field Drive
Suite 190
Lake Forest, IL 60045


Alarm Detection Systems, Inc.
1111 Church Road
Aurora, IL 60505


Alouise Gredll
655 Castlerea Lane
Des Plaines, IL 60016


American Ingredients
210 Mittel Drive
Wood Dale, IL 60191


American International Foods
8066 Fulton St. E.
Ada, MI 49301

American Intl. Transportation
8066 Fulton Street East
Ada, MI 49301


Anritsu Industrial Solutions
701 Innovation Drive
Elk Grove Village, IL 60007


Archer Daniels Midland
PO Box 92572
Chicago, IL 60675-2575


Audiometric Associates
199 Randall Street
Elk Grove Village, IL 60007


B.L.V. Marketing
2511 N. 124th Street
Suite 102
Brookfield, WI 53005


Bell Flavors & Fragrances Inc.
500 Academy Drive
Northbrook, IL 60062


BMO Harris Bank, N.A.
c/o Anthony J. Gattuso SVP Director
9550 W. Higgins Rd., #975
Rosemont, IL 60018


Buckeye Business Products
PO Box 392340
Cleveland, OH 44193


Candy Mae Inc.
4111 W. Parker Ave.
Chicago, IL 60639


Candy Mae Inc. - Welfare
4111 W. Parker Ave.
Chicago, IL 60639

Carrie Lin
1601 Building #2, FenghHua Communit
Wanjiang Street, Dongqua City
Guangdong Province PR China


Chardon Laboratories
Acct/Rec.1-A
7300 Tussing Road
Reynoldsburg, OH 43068


Chicago Metro Fire Prevention
PO Box 566
Elmhurst, IL 60126


City of Chicago
Dept. Of Finance-Water Div.
PO Box 6330
Chicago, IL 60680-6330


Clean Earth
29338 Network Place
Chicago, IL 60673-1293


Combined Insurance
5277 Payshere Circle
Chicago, IL 60674


Commonwealth Edison
PO Box 6112
Carol Stream, IL 60197-6112


Constellation New Energy Inc.
PO Box 4640
Carol Stream, IL 60197-4640


Coyote Sales & Marketing
5506 Vista Lejana NE
Albuquerque, NM 87111


Dawn Puch
9607 Reding Circle
Des Plaines, IL 60016

```
Del Principe & Allie
625 South College Ave.
Rensselaer, IN 47978


Direct Connect Logistix
130 S. Meridian St.
Indianapolis, IN 46225


Docs Vault
199 New Rd.
Linwood, NJ 08221


Domino Amjet Inc.
3809 Collection Center Dr.
Chicago, IL 60693


Dynegy Energy Services
27679 Network Place
Chicago, IL 60673


Ennes & Associates, Inc.
553 N. North Ct.
Palatine, IL 60067


Federal Express Corporation
PO Box 94515
Palatine, IL 60094-4515


Fibersol
PO Box 92572
Chicago, IL 60675-2572


Filter services Illinois
25 Howard Ave.
Des Plaines, IL 60018


Flavorchem
PO Box 735783
Dallas, TX 75373-5783
```

Great Lakes Milk Products
Dept 10301
PO Box 87618
Chicago, IL 60680


Hardt, Stern & Kayne, P.C.
2610 Lake Cook Road
Suite 200
Riverwoods, IL 60015


Harold W. Young
1 Tech Circle
Natick, MA 01760


Hoffman Voglar
750 Forest Edge Drive
Vernon Hills, IL 60061


IFC Solutions inc.
1601 E. Linden Ave.
Linden, NJ 07036


Illinois Enviromental Agency
Fiscal Service #2
1021 N. Grand Ave. East
Springfield, IL 62794-9276


Indiana Sugars Inc.
5918 Collection center Drive
Chicago, IL 60693


Integrity Food Marketing
487 Dwvon Park Drive
Wayne, PA 19087


J&M Partnership
4111 West Parker
Chicago, IL 60639


Jeff Puch
706 Galway Drive
Prospect Heights, IL 60070

JMK
3399 Peachtree Rd. NE
Suite  535
Atlanta, GA 30326


Kana A. Caplan
One Atlantic Center
1201 W. Peachtree St., Suite 3500
Atlanta, GA 30309


Kathleen (HK) Company Ltd.
Juxingwei Country Dali Zone
Qingxi Town, Dongguan City
Guangdong Province China


Kim Puch
3201 W. Leland Ave.
Unit 408
Chicago, IL 60625


Kof-K Kosher Supervision
201 The Plaza
Teaneck, NJ 07666


L&F Family Properties, LLC
4111 W. Parker Ave.
Chicago, IL 60639


Labor Solutions, LLC
729 Pinecrest Drive
Prospect Heights, IL 60070


Law Office of Laurie Sayevich Horz
of Counsel to Suart M. Steinberg
2 Rodeo Drive
Edgewood, NY 11717


Linde Gas & Equipment Inc.
Dept. CH 10660
Palatine, IL 60055-0660


Loadsmart
PO Box 2999
Phoenix, AZ 85062-2999

Mae Puch, Ltd.
4111 W. Parker Ave.
Chicago, IL 60639


Matthew Insolia
1029 Ladera Drive
Waxhaw, NC 28173


McCloud Services
1635 North Lancaster Rd.
PO Box 95261
Chicago, IL 60694-5260


Merieux Nutrischiences
3155 Payshere Circle
Chicago, IL 60674


Metropolitan Water Reclamation
Lock Box 95089
Chicago, IL 60694-5089


Michelle Puch
3201 W. Leland Ave.
Unit 309
Chicago, IL 60625


Moore Production Tool
37531 Grand River Cut Off
Farmington Hills, MI 48335


Morcor Industries Inc.
501 Davis Road
Elgin, IL 60123


Mostardi Platt
888 Industrial Drive
Elmhurst, IL 60126


Mueller-Yurgae Associates
1055 SE 28th St.
Grimes, IA 50111

Netcorp Trailers, Inc.
PO Box 6340
Broadview, IL 60155


New Acai Amazonas
8600 Commodity Circle
Unit 122
Orlando, FL 32819


NGR Business Marketing
PO Box 32179
New York, NY 10087-2179


Nicole Ziemba
40 Dukes Circle
Lincolnshire, IL 60069


Occupational Health Ctr Of
PO Box 488
Lombard, IL 60148-0488


Ohagan Meyer
One Wacker Drive
Suite 3400
Chicago, IL 60601


Open Systems, Inc.
PO Box 745965
Atlanta, GA 30374-5965


Pathward N.A.
5480 Corporate Drive
Suite 350
Troy, MI 48098


Peoples Gas
PO Box 1110
Glenview, IL 60025


Physicians Immediate Care
PO Box 1986
Albany, NY 12201

Practical Packaging Solutions
544 Windy Point Drive
Glendale Heights, IL 60139


Practicle Packaging Solutions
544 Windy Point Drive
Glendale Heights, IL 60139


Predrag Simic
6652 N. Central Park
Lincolnwood, IL 60712


Pullman Sugar LLC
700 E. 107 St.
Chicago, IL 60628


Quadient Finance USA Inc.
PO Box 6813
Carol Stream, IL 60197-6813


Quadient Leasing USA Inc.
PO Box 123682
Dept 3682
Dallas, TX 75312-3682


Quality Bags Inc.
575 S. Vista Ave.
Addison, IL 60101


Quick Logistics
PO Box 636
Bloomingdale, IL 61008-0636


Quick Transfer, Inc.
PO Box 110526
Brooklyn, NY 11211


Quill LLC
PO Box 37600
Philadelphia, PA 19101-0600

Red Lecithin
Einsteinstraat 37
Dordrecht


Reid's Apiary
15754 State Rt. 775
Willow Wood, OH 45696


Reliable One
PO Box 257458
Chicago, IL 60625


Republic Services #710
PO Box 713502
Chicago, IL 60677-0005


RG Sales
196 Bach Ct.
Eastport, NY 11941


Robins Brokerage
175 West 2700 South
Suite 100
Salt Lake City, UT 84115


Roscoe
PO Box 4804
Chicago, IL 60680-4804


RSD Fire Protection, Inc.
737 S. Cedar Road
New Lenox, IL 60451


Safety-Kleen Systems, Inc.
42 Longwater Drive
Norwell, MA 02061


Savage Bros. Co.
1825 Greenleaf Ave.
Elk Grove Village, IL 60007

Silesia
5250 Prairie Stone Parkway
Hoffman Estates, IL 60192


Silverman Consulting
1 N. Wacker Drive
Suite 3925
Chicago, IL 60606


Simply Natural Foods, LLC
74 Mall Drive
Commack, NY 11725


Small Business Administration
409 3rd St. SW
Washington, DC 20416


Standard Insurance Co.
Po Box 5676
Portland, OR 97228-5676


Sucro Can Sourcing
1975 Hawthorne Ave.
Melrose Park, IL 60160


Symmetry Energy Solutions LLC
Chase Lockbox
PO Box 301149
Dallas, TX 75303-1149


Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30033


Thomas Coughlin
Taft Stettinius & Hollister LLP
27777 Franklin Rd., Suite 2500
Southfield, MI 48034


True Commerce, Inc.
NE6199
PO Box 1450
Minneapolis, MN 55485-6199

U.S. Compliance Center Inc.
627 N. Albany Ave.
Chicago, IL 60612


U.S. Food and Drug Adminstration,
Div. of User Fee Management
10001 New Hampshire Ave.
Silver Spring, MD 20993


Uline
Acct. Receivable
PO Box 88741
Chicago, IL 60680-1741


Unemployment Consultants, Inc.
1040 S. Arlington Heights Rd.
Suite 204
Arlington Heights, IL 60005


Unishippers IDS
3337 North Hullen Street
Suite 200
Chicago, IL 60680-9488


United Parcel Service
PO BOX 809488
Chicago, IL 60680-9488


UNUM Life Insurance Co.
Of America
PO Box 406927
Atlanta, GA 30384-6927


W.A. Cleary Products
1049 Route 27
Somerset, NJ 08873


Warehouse Direct
2001 S. Mount Prospect Rd.
Des Plaines, IL 60018-1080


WCTI
PO Box 1803
Indianapolis, IN 46206-1803

```
Wilkens-Anderson Co.
4525 W. Division St.
Chicago, IL 60651


World Wide Intl. Logistics, Inc.
800 Roosevelt Rd.
Suite B410
Glen Ellyn, IL 60137


Yareny Rios
4021 W. Parker Ave.
Apt. 2
Chicago, IL 60639
```

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Primrose Candy Co.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Primrose Candy Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JFP, LLC (50%)**

**MVP, LLC (50%)**

☐ None [*Check if applicable*]

**January 27, 2026**

Date

**/s/ David K. Welch**

**David K. Welch 06183621**

Signature of Attorney or Litigant

Counsel for   **Primrose Candy Co.**

**Burke, Warren, MacKay & Serritella, P.C.**

**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
**312-840-7122**
**dwelch@burkelaw.com**