# EXHIBIT A

Primrose Candy Company
Weekly Cash Flows

| *Week ending* | Week 1 *Forecast* 2/6/2026 | Week 2 *Forecast* 2/13/2026 | Week 3 *Forecast* 2/20/2026 | Week 4 *Forecast* 2/27/2026 | *Weeks 1-4* TOTAL |
|---|---|---|---|---|---|
| **BEGINNING CASH BALANCE** | - | 8,288 | 44,513 | 137,575 | |
| **OPERATING RECEIPTS** | | | | | |
| Customer Receipts | 204,275 | - | 111,243 | - | 315,518 |
| Total Operating Receipts | 204,275 | - | 111,243 | - | 315,518 |
| **OPERATING DISBURSEMENTS** | | | | | |
| Materials | (3,698) | (3,750) | (3,750) | (3,750) | (14,948) |
| Internal Labor | - | (110,000) | - | (110,000) | (220,000) |
| Contract Labor | (30,000) | (30,000) | (30,000) | (30,000) | (120,000) |
| Employee Benefits & Insurance | - | (45,000) | - | - | (45,000) |
| Utilities | - | (113,900) | - | - | (113,900) |
| Lease Costs | (9,746) | - | - | - | (9,746) |
| Insurance | (6,276) | - | - | - | (6,276) |
| Other operating | (17,135) | (17,375) | (17,375) | (17,375) | (69,260) |
| Total Operating Disbursements | (66,856) | (320,025) | (51,125) | (161,125) | (599,131) |
| **CASH FLOW FROM OPERATIONS** | 137,419 | (320,025) | 60,118 | (161,125) | (283,613) |
| **Financing/Other** | | | | | |
| Line of Credit Draw/ (Paydown) | (67,384) | 106,250 | 32,944 | 127,500 | 199,310 |
| Sale of Investments | - | 250,000 | - | - | 250,000 |
| Loan Fees & Interest | (61,747) | - | - | - | (61,747) |
| Bank Charges | - | - | - | - | - |
| UST Fees | - | - | - | - | |
| Professional Fees | - | - | - | - | |
| Total Financing/Other, net | (129,131) | 356,250 | 32,944 | 127,500 | 387,562 |
| **TOTAL CASH FLOWS** | 8,288 | 36,225 | 93,061 | (33,625) | 103,950 |
| **ENDING CASH BALANCE** | 8,288 | 44,513 | 137,575 | 103,950 | 103,950 |
| **ACCTS RECEIVABLE ROLLFORWARD** | | | | | |
| Beginning Balance | 2,479,664 | 2,400,389 | 2,525,389 | 2,564,146 | 2,479,664 |
| Add: Sales | 125,000 | 125,000 | 150,000 | 150,000 | 550,000 |
| Less: Receipts | (204,275) | - | (111,243) | - | (315,518) |
| Less: Adjustments | - | - | - | - | - |
| Ending Balance | 2,400,389 | 2,525,389 | 2,564,146 | 2,714,146 | 2,714,146 |
| **REVOLVING LOAN** | | | | | |
| **Collateral Value** | | | | | |
| Accounts Receivable | 1,190,331 | 1,296,581 | 1,329,524 | 1,457,024 | |
| Finished Goods Inventory | 1,115,429 | 1,115,429 | 1,115,429 | 1,115,429 | |
| Investments | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | |
| Tax Reserve | (44,198) | (44,198) | (44,198) | (44,198) | |
| Total Collateral Value | 4,761,561 | 4,867,811 | 4,900,755 | 5,028,255 | |
| **Loan Rollforward** | | | | | |
| Beginning Loan Balance | 4,828,945 | 4,761,561 | 4,867,811 | 4,900,755 | 4,828,945 |
| Less - Receipts | (204,275) | - | (111,243) | - | (315,518) |
| Less - Addtl Paydown | - | - | - | - | - |
| Add - Fees & Interest | 61,747 | - | - | - | 61,747 |
| Draw/ (Paydown) | 75,144 | 106,250 | 144,186 | 127,500 | 453,080 |
| Ending Loan Balance | 4,761,561 | 4,867,811 | 4,900,755 | 5,028,255 | 5,028,255 |
| **Excess Loan Availability** | - | - | - | - | |