**Fill in this information to identify the case:**

Debtor name  **Primrose Candy Co.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **26-01430**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $  **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................... $  **14,726,076.81**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................ $  **14,726,076.81**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $  **5,338,739.55**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $  **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$  **12,422,767.62**

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b    $  **17,761,507.17**

**Fill in this information to identify the case:**

Debtor name  **Primrose Candy Co.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **26-01430**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Operating Account** | **Business Checking** | 6708 | $14,192.24 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $14,192.24 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 1,419,820.75 | - | 0.00 | = .... | $1,419,820.75 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | **(See Attached)** |

| Debtor | **Primrose Candy Co.** | Case number *(if known)* **26-01430** |
|---|---|---|
| | Name | |

| | 11b. Over 90 days old: | **1,187,911.08** | - | **Undetermined** =.... | **$1,187,911.08** |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | **(See Attached)** |

| 12. | **Total of Part 3.** | **$2,607,731.83** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1. | **See Attached** | | **$3,893,969.64** |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership |
|---|---|---|

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: |
|---|---|

| 17. | **Total of Part 4.** | **$3,893,969.64** |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** - | **12/2025** | **Unknown** | **Standard Cost** | **$2,582,401.10** |
| 20. | **Work in progress** - | **12/2025** | **Unknown** | **Standard Cost** | **$435,284.58** |
| 21. | **Finished goods, including goods held for resale** - | **12/2025** | **Unknown** | **Standard Cost** | **$2,436,543.42** |
| 22. | **Other inventory or supplies** | | | | |

Debtor    **Primrose Candy Co.**                              Case number *(If known)* **26-01430**
_____Name_____

| 23. | **Total of Part 5.** | | **$5,454,229.10** |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes  **- (Certain inventory is "Best By" dated)**

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    **Unknown**    Valuation method    **Cost**    Current Value    **3,577.00**
**Purchased Labels and Ribbon**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture (See Attached)** | **Undetermined** | | **Undetermined** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software (See Attached)** | **Undetermined** | | **Undetermined** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | **$0.00** |
|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **Primrose Candy Co.**
_____    Case number *(If known)*  **26-01430**
Name

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **(See Attached)** | **Undetermined** | | **Undetermined** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>(See Attached)** | **Undetermined** | | **Undetermined** |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$0.00** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Buildings Factory<br>and Warehouse --<br>See Attached** | **Possessory** | **Undetermined** | | **Undetermined** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

Debtor    **Primrose Candy Co.**                                    Case number *(If known)*  **26-01430**
_____Name_____

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Preference Claim vs. Alouise Gredell** | **$10,000.00** |
| **Nature of claim**    Preference Claim<br>**Amount requested**    $10,000.00 | |
| **Preference Claim vs. Dawn Puch** | **$150,000.00** |
| **Nature of claim**    Preference Claim<br>**Amount requested**    $150,000.00 | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Amounts due from JM Partnership** | **$1,101,226.00** |
| **Amounts due from Candy Mae Inc.** | **$1,380,089.00** |

Debtor    **Primrose Candy Co.**                                         Case number *(If known)*  **26-01430**
           Name

**Amounts due from 5454 LLC**                                            **$114,639.00**

78.    **Total of Part 11.**                                             **$2,755,954.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Primrose Candy Co.**                                                Case number *(If known)*  **26-01430**
          Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,192.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,607,731.83 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $3,893,969.64 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,454,229.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,755,954.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,726,076.81 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,726,076.81 |

# ANSWER TO SCHEDULE A/B QUESTION 11

**Schedule 11 Attachment**
Accounts Receivable

| Customer | Total | Current | 31-60 | 61-90 | 91-120 | Over 120 | Unapplied | 90 days old or less |
|---|---|---|---|---|---|---|---|---|
| ALL AMERICAN NUTS AND CANDY | 43,526.23 | 18,498.00 | - | 21,107.69 | 3,759.00 | 161.54 | | 39,605.69 |
| BFY LLC | 595,822.10 | 348,173.70 | 53,121.60 | 83,008.80 | 111,518.00 | | | 484,304.10 |
| BULK BARN FOODS LIMITED | (168.00) | | | | | | (168.00) | (168.00) |
| CHOCOLATE INN | 87,696.00 | | | | 87,696.00 | | | - |
| DOLLAR GENERAL | 361,597.44 | | | 180,042.24 | 181,555.20 | | | 180,042.24 |
| GEORGE HOWE COMPANY | 28,215.00 | 7,467.00 | | 11,200.50 | | 9,547.50 | | 18,667.50 |
| GOLDEN LOTUS BOTANICALS | 23,636.00 | | | | 23,636.00 | | | - |
| LIEBER'S KOSHER FOOD INC. | 28,937.30 | | 28,937.30 | | | | | 28,937.30 |
| THE LOVELY CANDY COMPANY | 165,461.80 | | | | | 165,461.80 | | - |
| OLIVIO PREMIUM PRODUCTS | 27,012.11 | 1,222.00 | 19,834.00 | | | 5,956.11 | | 21,056.00 |
| OLLIE'S BARGAIN OUTLET INC. | 75,690.24 | | | | 75,690.24 | | | - |
| QUANTUM INC | 342,850.20 | 59,501.85 | 59,664.08 | 104,775.08 | 26,610.61 | 92,298.58 | | 223,941.01 |
| REDSTONE FOODS INC | 34,568.23 | | | | 34,568.23 | | | - |
| RUSSELL STOVER CANDIES | 79,290.15 | 119,006.17 | 5,218.52 | 4,050.60 | 23,210.19 | 7,524.24 | (79,719.57) | 48,555.72 |
| SMART SWEETS | 126,881.09 | | | | | 126,881.09 | | - |
| SMOOD SWEETS | 23,944.34 | 4,722.02 | 1,390.60 | 17,831.72 | | | | 23,944.34 |
| SPARK FRUIT BITES | 20,195.56 | | | 20,195.56 | | | | 20,195.56 |
| T&R MARKET | 81,606.17 | | 81,606.17 | | | | | 81,606.17 |
| TOM & JENNY | 2,105.65 | | | | | 2,105.65 | | - |
| TRADITIONAL MEDICINALS | 296,676.22 | 93,077.01 | 97,493.11 | | 94,134.82 | 11,971.28 | | 190,570.12 |
| VARIETY WHOLESALERS - ROSES | 90.00 | | | | 90.00 | | | - |
| WEDDERSPOON | 162,098.00 | 31,824.00 | 26,739.00 | | | 103,535.00 | | 58,563.00 |
| **TOTAL** | **2,607,731.83** | **683,491.75** | **374,004.38** | **442,212.19** | **662,468.29** | **525,442.79** | **(79,887.57)** | **1,419,820.75** |

| | |
|---|---|
| 90 days old or less | 1,419,820.75 |
| Over 90 days old | 1,187,911.08 |
| Total | **2,607,731.83** |

# ANSWER TO SCHEDULE A/B QUESTION 14

**Schedule 14 Attachment**
Investments Held by the Debtor

| Account Name | Institution | Report Date | Valuation Method | Portfolio Value |
|---|---|---|---|---|
| Primrose Candy Assignment Account | Mesirow Financial, Inc. | January 31, 2026 | Fair Market Value | $ 1,536,394.99 |
| PCC Investment Management Account | BMO Harris Bank | January 31, 2026 | Fair Market Value | 2,357,574.65 |
| | | | **Total Value:** | $ 3,893,969.64 |

# ANSWER TO SCHEDULE A/B QUESTION 39

**Schedule 39 Attachment**

Office Furniture

| Quantity | Description |
|---|---|
| 46 | File Cabinets |
| 13 | Office Cubes |
| 30 | Desks |

# ANSWER TO SCHEDULE A/B QUESTION 41

**Schedule 41 Attachment**

Office Equipment

| Quantity | Description |
|---|---|

**Office Equipment**

| | |
|---|---|
| 4 | Refrigerators |

**Computer Equipment**

| | |
|---|---|
| 90 | iPads |
| 27 | Work Stations |
| 34 | Monitors |
| 8 | TVs |
| 1 | AllWorks Phone System |
| 3 | Servers |
| 6 | Switches |
| 1 | Firewall |

# ANSWER TO SCHEDULE A/B QUESTION 47

**Schedule 47 Attachment**

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Equipment

| ID | General Description | Value |
|---|---|---|
| 47.01 | 1999 International Semi Truck (VIN: 223149) | Unknown |
| 47.02 | JEEP Wrangler (VIN: 228790) | Unknown |
| 47.03 | 1982 Semi- Truck | Unknown |
| 47.04 | Box Truck | Unknown |

# ANSWER TO SCHEDULE A/B QUESTION 50

Schedule 50 Attachment
Other Machinery, Fixtures, and Equipment

| Quantity | Description | Status |
|---|---|---|

**Hard Candy Kitchen**

| | |
|---|---|
| 1 | Hansella 145 Vacuum Cooker Line |
| 2 | 100Gal Stainless Mixing  Kettles |
| 1 | Im30 Ruffinatti Candy Kneeder |
| 1 | Ruffinatti Color Mixer |
| 1 | Cooling Table |
| | |
| 1 | Hansella 155 Vacuum Cooker Line |
| 2 | 50Gal Filling Mixing Kettles |
| 2 | Cooling Tables |
| 2 | Hot Tables |
| 2 | Ruffinatti Im70 Batch Kneeders |
| | |
| 1 | Steam &Water Mixer For Cleaning |
| | |
| 1 | Ruffinatti Automatic Cooling Line W Conveying System |
| 2 | Ruffinatti Im70 Kneeders  Marked No 5,6 |
| 1 | Ruffinatti Puller |
| | |
| 1 | Hohberger Continous Vacuum Cooker W Cooling Wheel |
| 1 | American Puller |
| 2 | Hot Tables |
| 3 | Cooling Tables |
| 1 | Color Mixer |
| | |
| 1 | Hansella Continous Vacuum Cooker W Cooling Wheel |
| 2 | Ruffinatti Im70 Candy Kneeders  No  7,8 |
| 1 | American Pulling Machine |
| | |
| 4 | 5,000 Gal Stainless Steel Liquid Sugar Corn Syrup Holding Tanks W/ Pumps |
| 1 | Corn Syrup And Sugar Blending Line W 5000 Gal Holding Tank W/ Pumps |
| 1 | 10,000 Gal Liquid Sugar Corn Syrup Blend Holding Tank |
| | |
| 1 | 20 In Plate Filter |
| 1 | 500 Gal Steam Kettle |
| 3 | 150 Gal Steam Kettles |
| | |
| 1 | Hansella Small R&D Vacuum Cooker |
| | |
| 1 | 500 Gal Steam Kettle W Mixer |
| 1 | 300 Gal Steam Kettle W Mixer |
| 4 | 200 Gal Steam Kettle W Mixer |
| 1 | Fitz Mill Grinder |
| 1 | 3000# Hoist |
| | |
| 1 | Latini Candy Extruder |
| 37 | Chain Dies |
| | |
| | Line #1 |
| 1 | Latini Batch Roller |
| 1 | Latini Sizer |
| 1 | Lollipop Former & Stick Machine |
| 1 | Wrapping Machine |
| 1 | Cooling Tunnel |

Other Machinery, Fixtures, and Equipment

| Quantity | Description | Status |
|---|---|---|

**Line #2**
| 1 | Latini Batch Roller | |
| 1 | Latini Sizer | |
| 1 | Lollipop Former & Stick Machine | |
| 1 | Wrapping Machine | |

**Line #3**
| 1 | Latini Batch Roller | |
| 1 | Latini Sizer | |
| 1 | Lollipop Former & Stick Machine | |
| 1 | Wrapping Machine | |
| 1 | Cooling Tunnel | |

**Line #4**
| 1 | Latini Batch Roller | |
| 1 | Latini Sizer | |
| 1 | Lollipop Former & Stick Machine | |
| 1 | Wrapping Machine | |
| 1 | Cooling Belt | |

**Line 5**
| 1 | Latini Batch Roller | |
| 1 | Latini Sizer | |
| 1 | Baby Ribbon Former | |
| 1 | Cooling Belt | |

**Line 6**
| 1 | Latini Batch Roller | |
| 1 | Latini Sizer | |
| 1 | Cut Rock Former | |
| 1 | Cooling Belt | |

**Lines 7 & 8**
| 2 | Latini Batch Roller | |
| 2 | Latini Sizer | |
| 2 | Lollipop Former & Stick Machine | |
| 2 | Wrapping Machine | |
| 2 | Cooling Belt | |

**Line 9**
| 1 | Euromec Batch Roller | |
| 1 | Euromecrope Sizer | |
| 1 | Lozenge Former | |
| 1 | Cooling Belt | |

**Line 10**
| 1 | Euromec Batch Roller | |
| 1 | Euromecrope Sizer | |
| 1 | Lozenge Former | |
| 1 | Cooling Belt | |

**Line 11**
| 1 | Euromec Batch Roller | |
| 1 | Euromecrope Sizer | |

Other Machinery, Fixtures, and Equipment

| Quantity | Description | Status |
|---|---|---|
| 1 | Pinwheel Cutter | |
| 1 | Cooling Belt | |
| | | |
| | Line 14 | |
| 1 | Euromec Batch Roller | |
| 1 | Euromecrope Sizer | |
| 1 | Lozenge Former | |
| 1 | Cooling Tunnel | |
| | | |
| | Line 15 | |
| 1 | Latini Batch Roller | |
| 1 | Latini Rope Sizer | |
| 1 | Whiteface | |
| 1 | Cooling Tunnel | |
| | | |
| | Line 16 | |
| 1 | Latini Batch Roller | |
| 1 | Latini Rope Sizer | |
| 1 | Cooling Belt | |
| | | |
| 1 | Rose Forgrove 42 C - For Ginger Cuts | |
| 1 | Dpw Heart Pop Line | |

**Hard Candy Wrapping**

| Quantity | Description | Status |
|---|---|---|
| 6 | Carle&Montanari Machine  871 Twist Film | |
| 2 | Kllockner Pillow Pack | |
| 3 | Bosch Twist | |
| 2 | Jinhong Pillow Pack | |

**Chewy Candy**

| Quantity | Description | Status |
|---|---|---|
| | Chewy Candy Line 1 | |
| 1 | Saltwater Taffy Cooker | |
| 2 | 200 Gal Steam Kettles | |
| 1 | Plate Heat Exchanger | |
| 1 | Hohberger Cooling Wheel | |
| 1 | Pump | |
| | | |
| | Chewy Candy Line 2 | |
| 2 | 200 Gal Steam Kettle No 4 | |
| 1 | Hohberger Cooling Wheel | |
| 1 | Pump | |
| | | |
| | Caramel Line | |
| 2 | 200 Gal Steam Kettle No 6 | |
| 1 | Swept Surface Heat Exchange | |
| 1 | 50 Gal Caramelizing Kettle | |
| 1 | Hohberger Cooling Wheel | |
| 1 | Pump | |
| | | |
| 2 | 1000# Chewy Candy Mixers | |
| | | |
| 2 | 4000 Gal Steel Tanks W Pumps | |

**Chewy Wrapping**

| Quantity | Description | Status |
|---|---|---|
| 2 | Rose Swist Log  Forgrove Batch Roller 1# | |

| Quantity | Description | Status |
|---|---|---|
| 1 | Rose Forgrovelog Twist W Latinii Batch Roller #5 | |
| 1 | Rose Forgrovelog Twist W Rose Batch Roller 6# | |
| 1 | Pactec Log Twist | |
| 1 | Negema Square& Litini Batch Roller 2# | |
| 1 | Negema Square& Forgrove Batch Roller 4# | |
| 2 | Rose Forgrove Square& Latini Batch Roller | |
| 1 | Chinnes Chengdu Square W Litini Batch Rooler 7# | |
| 1 | Chinnes Chengdu Stick Pack | |
| 1 | Rose Forgrove Kiss Wrapper W Forgrove Batch Roller 8# | |
| 1 | Rose Forgrove Kiss Wrapper W Latini Batch Rooler 9# | |
| 2 | Rose Forgrove Kiss Wrapper W Forgrove Batch Roller 11# | |
| 1 | Rose Forgrove Square Latini Batch Roller And Sizer | |
| 1 | Rose Forgrove Square | |
| | | |
| | Theegarten Pactec Forming Line 1 | |
| 1 | Theegarten Pactec Square Model Whf2 | |
| 1 | Metal Detecter | |
| 1 | Sizer | |
| 1 | Euromec Batch Roller | |
| 1 | Euromec 6 Stage Sizer | |
| 1 | Euromec Relaxing Conveyor | |
| 1 | Euromec Single Stage Sizer | |
| 1 | Stainless Revolving Cooling Conveyor | |
| | | |
| | Theegarten Pactec Forming Line 2 | |
| 1 | Theegarten Pactec Square Model Whf2 | |
| 1 | Metal Detecter | |
| 1 | Sizer | |
| 1 | Euromec Batch Roller | |
| 1 | Euromec 6 Stage Sizer | |
| 1 | Euromec Relaxing Conveyor | |
| 1 | Euromec Single Stage Sizer | |
| 1 | Stainless Revolving Cooling Conveyor | |
| | | |
| 1 | Ruffinatti Pulling Machines | |
| 2 | Home Made Taffy Sheeter Machines | |

**Metal Detectors & Xray Machines**

| Quantity | Description | Status |
|---|---|---|
| 1 | Anritsu Kd7405 # 4600066877 X-Ray | |
| 1 | Anritsu # 4600285449 X-Ray | |
| 1 | Boekels  Ems217 Frequency : 300Khz # Vab-11332-02 Md | |
| 1 | Boekels  Ems217 Frequency : 300Khz # Vab-11332-01 Md | |
| 1 | Safeline  Power Phase  300 Hz # 53853  Md | |
| 1 | Lock Met 30+ Frequency 286Hz # 52434/3  Md | |
| 1 | Safeline  Power Phase  300 Hz # 64712 Md | |
| 1 | Anritsu  300 Khz # 4600051719 Md | |
| 1 | Anritsu 300 Khz Ffrquency # 4600155556 Md | |
| 1 | Anritsu 300 Khz Ffrquency # 4600198405 | |
| 1 | Anritsu 300 Khz Ffrquency # 4600198405 | |
| 1 | Lock Met 30+ Frequency 286Hz # 17940 Md | |
| 1 | Safeline  Power Phase  300 Hz # 84600 Md | |
| 1 | Lock Met 30+ Frequency 286Hz # 15984 Md | |
| 1 | Lock Met 30+ Frequency 286Hz # 29682 Md | |
| 1 | Safeline  Power Phase  300 Hz # 66641 Md | |
| 1 | Safeline  Power Phase  800 Hz # 64595 Md | |

| Quantity | Description | Status |
|---|---|---|
| 1 | Safeline  Power Phase  300 Hz # 44278 Md | |
| 1 | Safeline Power Phase  300 Hz # 32353 Md | |
| 1 | Safeline Power Phase  800 Hz # 97290 Md | |
| 1 | Lock Met 30+ Frequency 286Hz # 48989 Md | |

**Panning**

| | | |
|---|---|---|
| 7 | 42 In Revolving Stainless Steel Pans W/ Blowers | |
| 6 | 30 In Revolving Stainless Steel Pans W/ Blowers | |
| 7 | 42 In Revolving Stainless Steel Pans W Ribs W/ Blowers | |
| 2 | 34 In Revolving Stainless Steel Pans W Ribs W/ Blowers | |
| 9 | 36 In Revolving Copper Pans | |

**HVAC**

| | | |
|---|---|---|
| 1 | Carrier 300 Ton Water Chiller | |
| 1 | Multi Stack 200 Ton Water Chiller | |
| 1 | Trane 100 Ton Water Chiller | |
| 1 | Trane 100 Ton Airhandler | |
| 1 | Mcquay 150 Ton Airhandler | |
| 1 | Evapco 100 Ton Water Tower | |
| 1 | Marley  150 Ton Water Tower | |
| 19 | Aurora Water Pumps For Distributing Chilled Water Through Out Thr Factory | |
| | | |
| 1 | Sellers 300 Hp High Pressure Steam Boiler | |
| 1 | Superior 350 Hp  High Pressure Steam Boiler | |
| 1 | Makeup Water Tank | |
| 2 | Makeup Water High Pressure Pumps | |
| | | |
| 2 | 50 Hp Kaeser Aircompresors | |
| 1 | 25 Hp Kaeser Aircompresor | |
| | | |
| | Rooftop Ac Units | |
| 1 | #48Tcfd24A3G50B0A0 - 12.5 Tons | |
| 1 | #38Ar200B-501 – 6 Tons | |
| 1 | #24Abb360A – 5 Tons (Not In Service) | Not in service |
| 1 | #48Tced12A2A5A0A0G0 – 12.5 Tons | |
| 1 | #38Ard024-501 – 20 Tons (Not In Service) | Not in service |
| 1 | #50Tj-028-71401 – 25 Tons (Not In Service) | Not in service |
| 1 | #48Auda25A0A3A0A0 – 20 Tons (Not In Service) | Not in service |
| 1 | #38Ard024-501 – 20 Tons (Not In Service) | Not in service |
| 1 | #Lht050H2Cf – 6 Tons  (Not In Service) | Not in service |
| 1 | #Lht050H2Cf – 6 Tons  (Not In Service) | Not in service |
| 1 | #Lht050H2Cf – 6 Tons  (Not In Service) | Not in service |
| | | |
| 1 | #580Jp09D180A2A0Aaa – 15 Tons | |
| 1 | #48Tme006-A-501 – 5 Tons | |
| 1 | #48Tcfd28Aca5A0B0A0 – 12.5 Tons | |
| 1 | #Lht050H2Cf – 6 Tons | |
| 1 | #Lht050H2Cf – 6 Tons | |
| 1 | #48Tcfe24Aca5A0F0A0 – 12.5 Tons | |
| 1 | #30Rbf2106-Hm-3 – 60-300 Tons | |
| 1 | #8 - 5 Tons | |
| 1 | #7 – 5 Tons | |
| 1 | #3 – 1.5 Tons | |
| 1 | #4 – 10 Tons | |

| Quantity | Description | Status |
|---|---|---|

**Factory**

| | | |
|---|---|---|
| 14 | Yalelectric Pallet Trucks | |
| 9 | Yale Forklifts | |
| 2 | Totota Forklifts | |
| 6 | Dock Lever Plates | |
| 2 | Scissor Lifts 25 Feet | |
| 2 | Scissor Lifts 15 Feet | |
| 1 | Scissor Lift 10 Feet | |
| | Pallet Racking For 1840 Pallet Positions | |
| ~75 | Plastic Pallets | |
| | | |
| 1 | Walk In Cooler | |
| 1 | Walk In Freezer | |

**Unused Equipment**

| | | |
|---|---|---|
| 1 | Automatic Hard Candy Cooking And Forming Line | Not in service |
| 4 | Isomalt Bulk Conveyor | Not in service |
| 1 | Holding And Dissolving Tank | Not in service |
| 1 | 2000# Coil Cooker | Not in service |
| 1 | Color And Flavor Inline Mixer | Not in service |
| 1 | Stainless Cooling And Tempering Conveyor | Not in service |
| 1 | Euro Mec Forming Line Batch Roller Sizer And Chain Former | Not in service |
| 1 | Cooling Condensor | Not in service |
| 1 | 100 Hp High Presser Steam Boiler Never Been Used | Not in service |
| 1 | Condensate Tank With 2 High Pressure Water Pumps | Not in service |
| 1 | Sanding Drum | Not in service |
| 1 | Bosch Pillow Pack Machine | Not in service |
| 1 | Stainless Steel Hood | Not in service |
| 1 | Hohberger Cooling Wheel | Not in service |
| 1 | 100 Hp Motor | Not in service |
| 1 | Sanding Drum | Not in service |
| 2 | Contherm Swept Surface Heet Exchangers | Not in service |
| 1 | Toffe Extruder | Not in service |
| 1 | Holding Tank | Not in service |
| 4 | Misc Conveyors | Not in service |
| 1 | 10 Ft Vibrating Conveyor | Not in service |
| 1 | Chilled Water Coil | Not in service |
| | Misc Pallet Racking | Not in service |
| | Bosch Parts In A Cabinet | Not in service |
| | Misc Conveyors Stainless Stairs | Not in service |
| 1 | 42 In Stainless Pan | Not in service |
| 1 | 30 In Stainless Pan | Not in service |
| | | |
| | Equipment Bought From Ferrara | |
| 4 | Batch Kneeders No Power Panels | Not in service |
| 2 | Batch Cookers Not Complete | Not in service |
| 1 | Starlight Extruder With 2 Color Pumps | Not in service |
| 1 | Hlm Pop Machine In Disrepair | Not in service |
| 1 | Carle Montinary Sashey Wrapper | Not in service |
| 2 | Rose Forgrove Toffee Wrappers | Not in service |
| 1 | Waukashaw Pump | Not in service |
| 1 | Misc Conveyors | Not in service |
| 1 | Euromec Chain Die Former | Not in service |
| 1 | 50 Gal Steam Kettle | Not in service |
| 2 | Alfa Level Plate Heat Exchangers | Not in service |

Other Machinery, Fixtures, and Equipment

| Quantity | Description | Status |
|---|---|---|
| | | Not in service |
| | Obsolete Equipment In Pulaski | |
| 1 | 5 Stage Euro Mec Sizer For Parts | Not in service |
| | Various Interlox Plastic  - Belting | Not in service |
| 1 | Cmy55 Twist Wrapper | Not in service |
| 10 | Metal Detecters | Not in service |
| 1 | Euromec Dia Cutter For Parts | Not in service |
| 1 | Smith 3 Stage Sizer | Not in service |
| 1 | Hansella Batchroller | Not in service |
| 1 | Sullair 60 Hp Aircompressor | Not in service |
| 1 | Old Starlight Machine | Not in service |
| | | |
| | Shubert Warehouse | |
| 1 | Color Mixer | Not in service |
| 2 | Hobart Mixer | Not in service |
| 1 | 30 Gal Steam Kettle | Not in service |
| 1 | 100 Hp Carrier Ac Compressor | Not in service |
| 2 | Barrel Holders | Not in service |
| 1 | Filter Wheel For Reclaiming Hard Candy Scrap | Not in service |
| | | |
| | Obsolete Equipment | |
| 5 | Cmy 55 Twist Wrappers | Not in service |
| | | |
| | Parker | |
| 1 | Small Chewy Candy Extruder | Not in service |
| 1 | Misc Latini Batch Roller Parts About 20 Pieces | Not in service |
| 1 | Drill Press | Not in service |
| 1 | Electric Panel | Not in service |
| 1 | Stainless Steel Screen | Not in service |
| | Mics Racking | Not in service |
| 1 | 40 Gal Steam Kettle For Parts | Not in service |
| 1 | Small Stainless Conveyor | Not in service |
| 1 | Rose Frogrove Toffee Wrapper | Not in service |
| 6 | Latini Batchroller Stainless Bodys For Scrap Use | Not in service |
| 1 | Gas Heater | Not in service |
| 2 | O2 Tanks | Not in service |
| 2 | Rose Forgrove Taffy Twist | Not in service |
| 1 | Drop Frame | Not in service |
| 1 | Electric Panel For Parts | Not in service |
| 1 | Metal Detector & Motor And Grear Drive Scrap | Not in service |
| 6 | Misc Motors & Gear Drive | Not in service |
| 2 | Cmy 55 Electric Panels Scrap | Not in service |
| 1 | Small Cement Mixer | Not in service |
| 1 | Small Candy Mixer | Not in service |
| 1 | O2 Tanks | Not in service |
| | Misc Scrap Steel | Not in service |
| 1 | Rose Machine For Parts | Not in service |
| 2 | Electric Panel For Parts | Not in service |
| 1 | Hansella Batch Roller Junk | Not in service |
| 1 | Hansella Cooker Missing Kettles | Not in service |
| 1 | Dpw Latini Lolly Pop Machine | Not in service |
| 1 | Wall Fan | Not in service |
| 1 | Misc Interlox Plastic Belts | Not in service |
| 12 | Rrollers For Latini & Hansella Batch Rollers | Not in service |
| 1 | Small Stainless Steel Steam Kettle | Not in service |

| Quantity | Description | Status |
|---|---|---|
| 1 | Cmy 871 Twist Wrapper For Parts | Not in service |
| 1 | Bucket Elevator For A Bagging Machine | Not in service |
| 40 | Old Pieces Of Machinery For Scrap | Not in service |

**Carmel Corn Line**

| | | |
|---|---|---|
| 4 | Savage Bros Gas Fired Cookers | |
| 1 | 200# Hot Air Popcorn Popper | |
| 1 | Popcorn Sorter | |
| 1 | Carmel Corn Mixer | |
| 1 | Carmelcorn Dumper And Cooling Coveyor | |
| 1 | Carmeel Corn Tumbler | |

**Popcorn Savory Line**

| | | |
|---|---|---|
| 2 | 200# Hot Air Popcorn Popper | |
| 1 | Spray Coating Tumbler | |
| 1 | Coating Sprayer And Holding Tank | |

**Bagging Lines**

| | |
|---|---|
| 1 | Bao Pack 800-1 Bagging Machine For Big Bags W Markem Code Dater And Bucket Elevator |
| 1 | Bao Pack 800-2 Bagging Machine For Big Bags W Markem Code Dater And Bucket Elevator |
| 1 | Bao Pack High Speed 1Bagging Machine W Asida 14 Head Scales Markem Code Dater And Bucket Elevator |
| 1 | Bao Pack High Speed 2Bagging Machine W Chinnese 14 Head Scales Markem Code Dater And Bucket Elevator |
| 1 | Masi  Pack Bagging Machine W 14Head Scaies Markem Code Dater And Bucket Elevator |
| 1 | Hassen Bagging Machine W 14 Head Scales Markem Code Dater And Bucket Lelvator |
| 1 | Ace Pack Pouch Machine With 10 Head Ishida Scale And Bucket Elevator |
| 1 | Premade Pouch Machine W 14 Head Scales Markem Code Dater And Bucket Elevator |
| 3 | Domino Ink Jet Printers |
| 4 | Band Sealers |

**Maintenance**

| | |
|---|---|
| 1 | Lathe |
| 1 | Milling Machine |
| 1 | Tig Welder |
| 1 | Stick  Welder |
| 1 | Brake |
| 1 | Press |
| | Assorted Parts Cabinets |

# ANSWER TO SCHEDULE A/B QUESTION 55

**Schedule 55 Attachment**
Any building which the debtor has an interest

| Type | Address | Landlord |
|------|---------|----------|
| Leased Factory | 4111 W Parker Ave, Chicago, IL 60639 | L&F Family Properties LLC |
| Leased Factory | 4111 W Parker Ave, Chicago, IL 60639 | Mae Puch Ltd |
| Leased Warehouse | 4021  W Schubert Ave, Chicago, IL 60639 | J&M Partnership |
| Leased Warehouse | 4023 W Parker Ave, Chicago, IL 60639 | J&M Partnership |

**Fill in this information to identify the case:**

Debtor name  **Primrose Candy Co.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **26-01430**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **AFCO Credit Corporation** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | Creditor's Name | **Unearned insurance premiums** | **$138,739.55** | **Undetermined** |
| | **150 North Field Drive**<br>**Suite 190**<br>**Lake Forest, IL 60045** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Pathward N.A.** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | **$5,200,000.00** | **Undetermined** |
| | **5480 Corporate Drive**<br>**Suite 350**<br>**Troy, MI 48098** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
| --- | --- | --- | --- |
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $5,338,739.55

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Thomas Coughlin**<br>**Taft Stettinius & Hollister LLP**<br>**27777 Franklin Rd., Suite 2500**<br>**Southfield, MI 48034** | Line    2.2 | |

**Fill in this information to identify the case:**

Debtor name   **Primrose Candy Co.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **26-01430**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **$0.00** |

| | |
|---|---|
| **Illinois Department of Revenue Office  collection Section PO Box 64449 Chicago, IL 60664-0449** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **Unknown** | **$0.00** |

| | |
|---|---|
| **Internal Revenue Service Mail Sstop 5014CHI 230 S. Dearborn, #2600 Chicago, IL 60604** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Primrose Candy Co.** | | Case number (if known) | **26-01430** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,647.55** |
|---|---|---|---|

**1891**
**2213 Vista Drive**
**Burlington, WI**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,680.42** |
|---|---|---|---|

**A. Messe & Sons Corp.**
**2500 W. Lake St.**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,695.00** |
|---|---|---|---|

**Aceme Metrology**
**PO Boxx  882049**
**Port Saint Lucie, FL 34988-2049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,268.34** |
|---|---|---|---|

**Action Sales West**
**4666 Park Granada**
**Unit #146**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,032.90** |
|---|---|---|---|

**Advantage Mechanical II Inc.**
**575 S. IL Route 53**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,765.69** |
|---|---|---|---|

**Alarm Detection Systems, Inc.**
**1111 Church Road**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Alouise Gredll**
**655 Castlerea Lane**
**Des Plaines, IL 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$333,890.04** |
|---|---|---|---|

**American Ingredients**
**210 Mittel Drive**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,509.02** |
|---|---|---|---|

**American International Foods**
**8066 Fulton St. E.**
**Ada, MI 49301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,070.00** |
|---|---|---|---|

**American Intl. Transportation**
**8066 Fulton Street East**
**Ada, MI 49301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,572.92** |
|---|---|---|---|

**Anritsu Industrial Solutions**
**701 Innovation Drive**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,965.62** |
|---|---|---|---|

**Archer Daniels Midland**
**PO Box 92572**
**Chicago, IL 60675-2575**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,146.00** |
|---|---|---|---|

**Audiometric Associates**
**199 Randall Street**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,564.18** |
|---|---|---|---|

**B.L.V. Marketing**
**2511 N. 124th Street**
**Suite 102**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Primrose Candy Co.** | | Case number (if known) | **26-01430** |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,132.84**

**Bell Flavors & Fragrances Inc.**
**500 Academy Drive**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377,026.79**

**BMO Harris Bank, N.A.**
**c/o Anthony J. Gattuso SVP Director**
**9550 W. Higgins Rd., #975**
**Rosemont, IL 60018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PPP Loan Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,329.24**

**Buckeye Business Products**
**PO Box 392340**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Candy Mae Inc.**
**4111 W. Parker Ave.**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Candy Mae Inc. - Welfare**
**4111 W. Parker Ave.**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,800.00**

**Carrie Lin**
**1601 Building #2, FenghHua Communit**
** Wanjiang Street, Donggua City**
**Guangdong Province PR China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,570.62**

**Chardon Laboratories**
**Acct/Rec.1-A**
**7300 Tussing Road**
**Reynoldsburg, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,964.25** |
|---|---|---|---|

**Chicago Metro Fire Prevention**
**PO Box 566**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,355.10** |
|---|---|---|---|

**City of Chicago**
**Dept. Of Finance-Water Div.**
**PO Box 6330**
**Chicago, IL 60680-6330**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,006.18** |
|---|---|---|---|

**Clean Earth**
**29338 Network Place**
**Chicago, IL 60673-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,312.96** |
|---|---|---|---|

**Combined Insurance**
**5277 Payshere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$733,635.63** |
|---|---|---|---|

**Commonwealth Edison**
**PO Box 6112**
**Carol Stream, IL 60197-6112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,355.50** |
|---|---|---|---|

**Constellation New Energy Inc.**
**PO Box 4640**
**Carol Stream, IL 60197-4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,031.29** |
|---|---|---|---|

**Coyote Sales & Marketing**
**5506 Vista Lejana NE**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Primrose Candy Co.** | | Case number (*if known*) | **26-01430** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Dawn Puch**
**9607 Reding Circle**
**Des Plaines, IL 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,680.00** |
|---|---|---|---|

**Del Principe & Allie**
**625 South College Ave.**
**Rensselaer, IN 47978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,575.00** |
|---|---|---|---|

**Direct Connect Logistix**
**130 S. Meridian St.**
**Indianapolis, IN 46225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Docs Vault**
**199 New Rd.**
**Linwood, NJ 08221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,899.08** |
|---|---|---|---|

**Domino Amjet Inc.**
**3809 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243,793.28** |
|---|---|---|---|

**Dynegy Energy Services**
**27679 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,518.49** |
|---|---|---|---|

**Ennes & Associates, Inc.**
**553 N. North Ct.**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,448.02**

**Federal Express Corporation**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,092.47**

**Fibersol**
**PO Box 92572**
**Chicago, IL 60675-2572**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,343.16**

**Filter services Illinois**
**25 Howard Ave.**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,605.04**

**Flavorchem**
**PO Box 735783**
**Dallas, TX 75373-5783**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,583.85**

**Great Lakes Milk Products**
**Dept 10301**
**PO Box 87618**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,432.81**

**Hardt, Stern & Kayne, P.C.**
**2610 Lake Cook Road**
**Suite 200**
**Riverwoods, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,008.54**

**Harold W. Young**
**1 Tech Circle**
**Natick, MA 01760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Primrose Candy Co.** | | Case number (if known) | **26-01430** |
|---|---|---|---|---|
| | Name | | | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|
| **Hoffman Voglar**<br>**750 Forest Edge Drive**<br>**Vernon Hills, IL 60061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,356.78** |
|---|---|---|
| **IFC Solutions inc.**<br>**1601 E. Linden Ave.**<br>**Linden, NJ 07036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,150.00** |
|---|---|---|
| **Illinois Enviromental Agency**<br>**Fiscal Service #2**<br>**1021 N. Grand Ave. East**<br>**Springfield, IL 62794-9276** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,816.96** |
|---|---|---|
| **Indiana Sugars Inc.**<br>**5918 Collection center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,807.36** |
|---|---|---|
| **Integrity Food Marketing**<br>**487 Dwvon Park Drive**<br>**Wayne, PA 19087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|
| **J&M Partnership**<br>**4111 West Parker**<br>**Chicago, IL 60639** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|
| **Jeff Puch**<br>**706 Galway Drive**<br>**Prospect Heights, IL 60070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170,000.00** |
|---|---|---|
| **JMK**<br>**3399 Peachtree Rd. NE**<br>**Suite  535**<br>**Atlanta, GA 30326** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142,555.80** |
|---|---|---|
| **Kathleen (HK) Company Ltd.**<br>**Juxingwei Country Dali Zone**<br>**Qingxi Town, Dongguan City**<br>**Guangdong Province China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,976.25** |
|---|---|---|
| **Kim Puch**<br>**3201 W. Leland Ave.**<br>**Unit 408**<br>**Chicago, IL 60625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,437.50** |
|---|---|---|
| **Kof-K Kosher Supervision**<br>**201 The Plaza**<br>**Teaneck, NJ 07666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|
| **L&F Family Properties, LLC**<br>**4111 W. Parker Ave.**<br>**Chicago, IL 60639** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500,000.00** |
|---|---|---|
| **Labor Solutions, LLC**<br>**729 Pinecrest Drive**<br>**Prospect Heights, IL 60070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,534.87** |
|---|---|---|
| **Linde Gas & Equipment Inc.**<br>**Dept. CH 10660**<br>**Palatine, IL 60055-0660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,115.00** |
|---|---|---|---|

**Loadsmart**
**PO Box 2999**
**Phoenix, AZ 85062-2999**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Mae Puch, Ltd.**
**4111 W. Parker Ave.**
**Chicago, IL 60639**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Matthew Insolia**
**1029 Ladera Drive**
**Waxhaw, NC 28173**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,696.64** |
|---|---|---|---|

**McCloud Services**
**1635 North Lancaster Rd.**
**PO Box 95261**
**Chicago, IL 60694-5260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,649.50** |
|---|---|---|---|

**Merieux Nutrischiences**
**3155 Payshere Circle**
**Chicago, IL 60674**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,734.32** |
|---|---|---|---|

**Metropolitan Water Reclamation**
**Lock Box 95089**
**Chicago, IL 60694-5089**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Michelle Puch**
**3201 W. Leland Ave.**
**Unit 309**
**Chicago, IL 60625**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Primrose Candy Co.** | Case number (*if known*) | **26-01430** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,989.25**

**Moore Production Tool**
**37531 Grand River Cut Off**
**Farmington Hills, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,892.78**

**Morcor Industries Inc.**
**501 Davis Road**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,392.60**

**Mostardi Platt**
**888 Industrial Drive**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,887.26**

**Mueller-Yurgae Associates**
**1055 SE 28th St.**
**Grimes, IA 50111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.00**

**Netcorp Trailers, Inc.**
**PO Box 6340**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,746.75**

**New Acai Amazonas**
**8600 Commodity Circle**
**Unit 122**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,445.60**

**NGR Business Marketing**
**PO Box 32179**
**New York, NY 10087-2179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,575.40** |
|---|---|---|---|

**Nicole Ziemba**
**40 Dukes Circle**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103.00** |
|---|---|---|---|

**Occupational Health Ctr Of**
**PO Box 488**
**Lombard, IL 60148-0488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Ohagan Meyer**
**One Wacker Drive**
**Suite 3400**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,543.28** |
|---|---|---|---|

**Open Systems, Inc.**
**PO Box 745965**
**Atlanta, GA 30374-5965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,661.13** |
|---|---|---|---|

**Peoples Gas**
**PO Box 1110**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$959.00** |
|---|---|---|---|

**Physicians Immediate Care**
**PO Box 1986**
**Albany, NY 12201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,144.49** |
|---|---|---|---|

**Practical Packaging Solutions**
**544 Windy Point Drive**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,355.00** |
|---|---|---|---|
| | **Practicle Packaging Solutions**<br>**544 Windy Point Drive**<br>**Glendale Heights, IL 60139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Predrag Simic**<br>**6652 N. Central Park**<br>**Lincolnwood, IL 60712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,147.10** |
|---|---|---|---|
| | **Pullman Sugar LLC**<br>**700 E. 107 St.**<br>**Chicago, IL 60628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$483.99** |
|---|---|---|---|
| | **Quadient Finance USA Inc.**<br>**PO Box 6813**<br>**Carol Stream, IL 60197-6813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,117.61** |
|---|---|---|---|
| | **Quadient Leasing USA Inc.**<br>**PO Box 123682**<br>**Dept 3682**<br>**Dallas, TX 75312-3682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,905.39** |
|---|---|---|---|
| | **Quality Bags Inc.**<br>**575 S. Vista Ave.**<br>**Addison, IL 60101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,209.00** |
|---|---|---|---|
| | **Quick Logistics**<br>**PO Box 636**<br>**Bloomingdale, IL 61008-0636** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,633.00**

**Quick Transfer, Inc.**
**PO Box 110526**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,167.30**

**Quill LLC**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,483.00**

**Red Lecithin**
**Einsteinstraat 37**
**Dordrecht**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,740.91**

**Reid's Apiary**
**15754 State Rt. 775**
**Willow Wood, OH 45696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,544.05**

**Reliable One**
**PO Box 257458**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,483.64**

**Republic Services #710**
**PO Box 713502**
**Chicago, IL 60677-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.74**

**RG Sales**
**196 Bach Ct.**
**Eastport, NY 11941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,867.24** |
|---|---|---|---|

**Robins Brokerage**
**175 West 2700 South**
**Suite 100**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,402.46** |
|---|---|---|---|

**Roscoe**
**PO Box 4804**
**Chicago, IL 60680-4804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,140.00** |
|---|---|---|---|

**RSD Fire Protection, Inc.**
**737 S. Cedar Road**
**New Lenox, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$974.66** |
|---|---|---|---|

**Safety-Kleen Systems, Inc.**
**42 Longwater Drive**
**Norwell, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,393.35** |
|---|---|---|---|

**Savage Bros. Co.**
**1825 Greenleaf Ave.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133.90** |
|---|---|---|---|

**Silesia**
**5250 Prairie Stone Parkway**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,550.00** |
|---|---|---|---|

**Silverman Consulting**
**1 N. Wacker Drive**
**Suite 3925**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Primrose Candy Co. | Case number (if known) | 26-01430 |
|---|---|---|---|
| | Name | | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,280,576.00** |
|---|---|---|---|
| | **Simply Natural Foods, LLC** | ☐ Contingent | |
| | **74 Mall Drive** | ☐ Unliquidated | |
| | **Commack, NY 11725** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,674.68** |
|---|---|---|---|
| | **Standard Insurance Co.** | ☐ Contingent | |
| | **Po Box 5676** | ☐ Unliquidated | |
| | **Portland, OR 97228-5676** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,367.91** |
|---|---|---|---|
| | **Sucro Can Sourcing** | ☐ Contingent | |
| | **1975 Hawthorne Ave.** | ☐ Unliquidated | |
| | **Melrose Park, IL 60160** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,765.83** |
|---|---|---|---|
| | **Symmetry Energy Solutions LLC** | ☐ Contingent | |
| | **Chase Lockbox** | ☐ Unliquidated | |
| | **PO Box 301149** | ☐ Disputed | |
| | **Dallas, TX 75303-1149** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|
| | **Taylor English Duma LLP** | ☐ Contingent | |
| | **1600 Parkwood Circle** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Atlanta, GA 30033** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$942.00** |
|---|---|---|---|
| | **True Commerce, Inc.** | ☐ Contingent | |
| | **NE6199** | ☐ Unliquidated | |
| | **PO Box 1450** | ☐ Disputed | |
| | **Minneapolis, MN 55485-6199** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,418.49** |
|---|---|---|---|
| | **U.S. Compliance Center Inc.** | ☐ Contingent | |
| | **627 N. Albany Ave.** | ☐ Unliquidated | |
| | **Chicago, IL 60612** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Primrose Candy Co.** | | Case number (if known) | **26-01430** |
|---|---|---|---|---|
| | Name | | | |

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**U.S. Food and Drug Adminstration,**
**Div. of User Fee Management**
**10001 New Hampshire Ave.**
**Silver Spring, MD 20993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.38**

**Uline**
**Acct. Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

**Unemployment Consultants, Inc.**
**1040 S. Arlington Heights Rd.**
**Suite 204**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$328.14**

**Unishippers IDS**
**3337 North Hullen Street**
**Suite 200**
**Chicago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186.81**

**United Parcel Service**
**PO BOX 809488**
**Chicago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$575.02**

**UNUM Life Insurance Co.**
**Of America**
**PO Box 406927**
**Atlanta, GA 30384-6927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$697.12**

**W.A. Cleary Products**
**1049 Route 27**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,639.18**

**Warehouse Direct**
**2001 S. Mount Prospect Rd.**
**Des Plaines, IL 60018-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,562.00**

**WCTI**
**PO Box 1803**
**Indianapolis, IN 46206-1803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,209.68**

**Wilkens-Anderson Co.**
**4525 W. Division St.**
**Chicago, IL 60651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,182.70**

**World Wide Intl. Logistics, Inc.**
**800 Roosevelt Rd.**
**Suite B410**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Yareny Rios**
**4021 W. Parker Ave.**
**Apt. 2**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Illinois Dept of Revenue**<br>**100 W. Randolph St.**<br>**Legal Services M/C 7-900**<br>**Chicago, IL 60601** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Primrose Candy Co.** | Case number (if known) | **26-01430** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Kana A. Caplan** <br> **One Atlantic Center** <br> **1201 W. Peachtree St., Suite 3500** <br> **Atlanta, GA 30309** | Line **3.50** <br> ☐ Not listed. Explain ____ | _ |
| 4.4 **Law Office of Laurie Sayevich Horz** <br> **of Counsel to Suart M. Steinberg** <br> **2 Rodeo Drive** <br> **Edgewood, NY 11717** | Line **3.99** <br> ☐ Not listed. Explain ____ | _ |
| 4.5 **Small Business Administration** <br> **409 3rd St. SW** <br> **Washington, DC 20416** | Line **3.16** <br> ☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 12,422,767.62 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 12,422,767.62 |

**Fill in this information to identify the case:**

Debtor name    **Primrose Candy Co.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **26-01430**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **IT Support** | |
| State the term remaining — **2 years** | **AJTC**<br>**13231 W. 143rd St.**<br>**Suite 105**<br>**Homer Glen, IL 60491** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Supply of Natural Gas** | |
| State the term remaining | **NRG Business Marketing**<br>**PO Box 32179**<br>**New York, NY 10087-2179** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Manufacturing/Supply Agreement** | |
| State the term remaining — **2 years** | **Smood Sweets, Inc.**<br>**218 NW 24th Street**<br>**Suite 336**<br>**Miami, FL 33127** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Manufacturing/Supply Agreement** | |
| State the term remaining — **1 year** | **Sweeter Collective Co.**<br>**201 Clearwater Dr.**<br>**Suite 1215**<br>**West Palm Beach, FL 33401** |
| List the contract number of any government contract | |

Debtor 1    **Primrose Candy Co.**                                 Case number *(if known)*   **26-01430**

First Name           Middle Name           Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest      **Manufacturing/Supply Agreement**

        State the term remaining

        List the contract number of any government contract

                                                 **Traditional Medicinals, Inc.**
                                                 **1400 Valley House Drive**
                                                 **Suite 120**
                                                 **Rohnert Park, CA 94928**

**Fill in this information to identify the case:**

Debtor name   **Primrose Candy Co.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **26-01430**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **4GP, LLC** | **4111 W. Parker**<br>**Chicago, IL 60639** | **Labor Solutions, LLC** | ☐ D _____<br>■ E/F __3.55__<br>☐ G _____ |
| 2.2 | **Candy Mae Inc.** | **4111 W. Parker Ave.**<br>**Chicago, IL 60639** | **Pathward N.A.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Clybourn Corporation** | **4111 W. Parker**<br>**Chicago, IL 60639** | **Labor Solutions, LLC** | ☐ D _____<br>■ E/F __3.55__<br>☐ G _____ |
| 2.4 | **J&M Partnership** | **4111 West Parker**<br>**Chicago, IL 60639** | **Pathward N.A.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Mae Puch Ltd.** | **4111 W. Parker**<br>**Chicago, IL 60639** | **Pathward N.A.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Primrose Candy Co.** | Case number *(if known)* | **26-01430** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

01/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:

    **Primrose Candy Co.**

)
)   Case No. **26-01430**
)   Chapter **11**
)
)

    Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:   **Schedules A/B, D, E/F, G and H**

    (Specify Document)

I (We), **Jeff Puch** and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed **Schedules A/B, D, E/F, G and H** being filed simultaneously with this Declaration and that the information therein is true and correct.

**Jeff Puch**

Printed or Typed Name of Debtor or Other Person

Printed or Typed Name of Joint Debtor

Signature of Debtor or Other Person

Signature of Joint Debtor

**March 2, 2026**

Date

Date

**Fill in this information to identify the case:**

Debtor name   **Primrose Candy Co.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **26-01430**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$591,718.18** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$7,821,308.53** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$12,495,203.49** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | **Investment Income** | **$2,363.52** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | **Investment Income** | **$138,277.02** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | **Investment Income** | **$154,618.47** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | Primrose Candy Co. | Case number *(if known)* | 26-01430 |
|---|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Labor Solutions, LLC vs. 4GP, LLC, et al. 2025 CH 9608** | **Foreclosure/Breach of Contract** | **Circuit Court of Cook County Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Primrose Candy Co.**                                    Case number *(if known)*  **26-01430**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Labor Solutions, LLC<br>vs.<br>Clybourn Corp, et al.<br>2025 CH 9609** | **Foreclosure/Breach of Contract** | **Circuit Court of Cook County Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Simply Natural Foods, LLC<br>vs.<br>Primrose Candy Co.<br>25-cv-07055** | **Breach of Contract** | **United States District Court For Eastern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Archer Daniels Midland Co.<br>vs.<br>Primrose Candy Co.<br>2025 L 10785** | **Breach of Contract** | **Circuit Court of Cook County of Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Debtor    **Primrose Candy Co.**                                    Case number *(if known)*  **26-01430**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Burke, Warren, MacKay & Serritella**<br>**330 N. Wabash Ave., Suite 2100**<br>**Chicago, IL 60611** | | **10/23/25** | **$10,000.00** |
| | **Email or website address**<br>**dwelch@burkelaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Development Specialists, Inc.**<br>**10 South LaSalle St., Suite 3300**<br>**Chicago, IL 60603** | | **10/23/25** | **$20,000.00** |
| | **Email or website address**<br>**pomalley@dsiconsulting.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Development Specialists, Inc.**<br>**10 South LaSalle St., Suite 3300**<br>**Chicago, IL 60603** | | **01/16/26** | **$35,000.00** |
| | **Email or website address**<br>**pomalley@dsiconsulting.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Burke, Warren, MacKay & Serritella**<br>**330 N. Wabash Ave., Suite 2100**<br>**Chicago, IL 60611** | | **11/12/25** | **$20,000.00** |
| | **Email or website address**<br>**dwelch@burkelaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

| Debtor | **Primrose Candy Co.** | | Case number *(if known)* | **26-01430** |

| | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|
| 11.5. | | **Burke, Warren, MacKay & Serritella** **330 N. Wabash Ave., Suite 2100** **Chicago, IL 60611** | | **01/16/26** | **$105,000.00** |
| | | **Email or website address** dwelch@burkelaw.com | | | |
| | | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** **Personally Identifiable Information**

| Debtor | **Primrose Candy Co.** | Case number *(if known)* | **26-01430** |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.

**Phone numbers, emails, customer formulas**

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Primrose Candy Co. Profit Sharing Plan & Trust** | EIN: **36-16459050** |

Has the plan been terminated?

☑ No

☐ Yes

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fifth Third Bank** | **XXXX-4669** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/2025** | **$200.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Primrose Candy Co. | | Case number *(if known)* | 26-01430 |
|---|---|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **4GP, LLC**<br>**1830 North Kostner**<br>**Chicago, IL 60639** | **Debtor** | **Assorted scrap equipment** | ☐ No<br>■ Yes |
| **Clybourn Corp.**<br>**2623 North Pulaski**<br>**Chicago, IL 60639** | **Debtor** | **Assorted aged used machinery** | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Attached** | | **-** | **$0.00** |

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | Primrose Candy Co. | | Case number (if known) | 26-01430 |
|---|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Michelle Puch**<br>**4111 W. Parker**<br>**Chicago, IL 60639** | **2008 to present** |
| 26a.2. **Mary Puch**<br>**4111 W. Parker**<br>**Chicago, IL 60639** | **1983 to present** |
| 26a.3. **Milton Bills**<br>**4111 W. Parker**<br>**Chicago, IL 60639** | **2020 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Pathward N.A.**<br>**5480 Corporate Drive**<br>**Suite 350**<br>**Troy, MI 48098** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    **Primrose Candy Co.**                                    Case number *(if known)*  **26-01430**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jeff Puch and Michelle Puch** | **12/2024** | **$4,635,226.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Debtor**<br>**4111 W. Parker Ave.**<br>**Chicago, IL 60639** |

| | | Date of inventory | The dollar amount and basis |
|---|---|---|---|
| 27.2. | **Jeff Puch and Michelle Puch** | **12/2025** | **$5,255,476.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Debtor**<br>**4111 W. Parker Ave.**<br>**Chicago, IL 60639** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michelle Puch** | **4111 W. Parker**<br>**Chicago, IL 60639** | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeff Puch** | **4111 W. Parker**<br>**Chicago, IL 60639** | **Director** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nicole Ziemba** | **4111 W. Parker**<br>**Chicago, IL 60639** | **CCO** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kim Puch** | **4111 W. Parker**<br>**Chicago, IL 60639** | **CRO** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Insolia** | **4111 W. Parker**<br>**Chicago, IL 60639** | **COO** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Primrose Candy Co.**                                      Case number *(if known)*  **26-01430**

---

☐  No

☒  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See attachments**<br>**to questions nos. 3 and 4** | | | |
| **Relationship to debtor** | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒  No

☐  Yes. Identify below.

**Name of the parent corporation**                         **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒  No

☐  Yes. Identify below.

**Name of the pension fund**                               **Employer Identification number of the pension fund**

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 2, 2026**

_____             **Jeff Puch**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **President/Director**

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No
☐ Yes

# ANSWER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 3

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors made within 90 days before filing this case

| ID | Creditor's Name | Payment Date | Payment Amount | Reason For Payment or Transfer |
|---|---|---|---|---|
| 3.001 | AFCO | 1/22/2026 | 30,383.45 | Insurance |
| | **AFCO Total:** | | **30,383.45** | |
| 3.002 | AJ Technology Company | 11/4/2025 | 4,500.00 | IT Services |
| 3.003 | AJ Technology Company | 11/18/2025 | 4,487.04 | IT Services |
| 3.004 | AJ Technology Company | 12/3/2025 | 4,493.52 | IT Services |
| 3.005 | AJ Technology Company | 12/17/2025 | 4,493.52 | IT Services |
| 3.006 | AJ Technology Company | 1/6/2026 | 4,500.00 | IT Services |
| 3.007 | AJ Technology Company | 1/20/2026 | 4,487.04 | IT Services |
| | **AJ Technology Company Total:** | | **26,961.12** | |
| 3.008 | Amundsen Davis | 1/20/2026 | 10,000.00 | Professional Services |
| | **Amundsen Davis Total:** | | **10,000.00** | |
| 3.009 | Burke Warren MacKay & Serritella | 11/12/2025 | 20,000.00 | Professional Services |
| 3.010 | Burke Warren MacKay & Serritella | 1/5/2026 | 22,000.00 | Professional Services |
| 3.011 | Burke Warren MacKay & Serritella | 1/16/2026 | 105,000.00 | Professional Services |
| | **Burke Warren MacKay & Serritella Total:** | | **147,000.00** | |
| 3.012 | Del Principe and Allie | 1/6/2026 | 10,000.00 | Professional Services |
| | **Del Principe and Allie Total:** | | **10,000.00** | |
| 3.013 | Development Specialists, Inc. | 1/16/2026 | 35,000.00 | Professional Services |
| | **Development Specialists, Inc. Total:** | | **35,000.00** | |
| 3.014 | Labor Solutions | 10/29/2025 | 25,000.00 | Contract Labor |
| 3.015 | Labor Solutions | 11/12/2025 | 20,000.00 | Contract Labor |
| 3.016 | Labor Solutions | 11/21/2025 | 20,000.00 | Contract Labor |
| 3.017 | Labor Solutions | 12/18/2025 | 40,000.00 | Contract Labor |
| 3.018 | Labor Solutions | 1/22/2026 | 35,000.00 | Contract Labor |
| | **Labor Solutions Total:** | | **140,000.00** | |
| 3.019 | Mid Atlantic | 12/8/2025 | 4,819.57 | Employee Benefits |
| 3.020 | Mid Atlantic | 1/27/2026 | 5,257.83 | Employee Benefits |
| | **Mid Atlantic Total:** | | **10,077.40** | |
| 3.021 | NRG | 12/12/2025 | 40,000.00 | Utilities |
| | **NRG Total:** | | **40,000.00** | |
| 3.022 | Pathward, N.A. | 10/30/2025 | 6,105.83 | Lockbox Sweep - Loan Paydown |
| 3.023 | Pathward, N.A. | 11/1/2025 | 60,975.67 | Interest & Fees |
| 3.024 | Pathward, N.A. | 11/3/2025 | 42,165.63 | Lockbox Sweep - Loan Paydown |
| 3.025 | Pathward, N.A. | 11/6/2025 | 35.00 | Interest & Fees |
| 3.026 | Pathward, N.A. | 11/6/2025 | 36,122.99 | Lockbox Sweep - Loan Paydown |
| 3.027 | Pathward, N.A. | 11/10/2025 | 35.00 | Interest & Fees |
| 3.028 | Pathward, N.A. | 11/13/2025 | 61,606.20 | Lockbox Sweep - Loan Paydown |
| 3.029 | Pathward, N.A. | 11/14/2025 | 3,500.00 | Lockbox Sweep - Loan Paydown |
| 3.030 | Pathward, N.A. | 11/20/2025 | 35.00 | Interest & Fees |
| 3.031 | Pathward, N.A. | 11/26/2025 | 10,421.81 | Lockbox Sweep - Loan Paydown |
| 3.032 | Pathward, N.A. | 12/1/2025 | 59,039.14 | Interest & Fees |
| 3.033 | Pathward, N.A. | 12/1/2025 | 286,580.78 | Lockbox Sweep - Loan Paydown |
| 3.034 | Pathward, N.A. | 12/3/2025 | 95,305.67 | Lockbox Sweep - Loan Paydown |
| 3.035 | Pathward, N.A. | 12/4/2025 | 2,335.00 | Interest & Fees |
| 3.036 | Pathward, N.A. | 12/5/2025 | 17,728.04 | Lockbox Sweep - Loan Paydown |
| 3.037 | Pathward, N.A. | 12/8/2025 | 108,245.80 | Lockbox Sweep - Loan Paydown |
| 3.038 | Pathward, N.A. | 12/9/2025 | 19,604.97 | Lockbox Sweep - Loan Paydown |
| 3.039 | Pathward, N.A. | 12/10/2025 | 35.00 | Interest & Fees |
| 3.040 | Pathward, N.A. | 12/11/2025 | 25,047.50 | Lockbox Sweep - Loan Paydown |
| 3.041 | Pathward, N.A. | 12/12/2025 | 35.00 | Interest & Fees |
| 3.042 | Pathward, N.A. | 12/15/2025 | 36,877.40 | Lockbox Sweep - Loan Paydown |
| 3.043 | Pathward, N.A. | 12/17/2025 | 35.00 | Interest & Fees |
| 3.044 | Pathward, N.A. | 12/17/2025 | 96,661.50 | Lockbox Sweep - Loan Paydown |
| 3.045 | Pathward, N.A. | 12/18/2025 | 54,720.00 | Lockbox Sweep - Loan Paydown |
| 3.046 | Pathward, N.A. | 12/22/2025 | 25,735.68 | Lockbox Sweep - Loan Paydown |
| 3.047 | Pathward, N.A. | 12/23/2025 | 689.06 | Interest & Fees |
| 3.048 | Pathward, N.A. | 12/23/2025 | 155,304.17 | Lockbox Sweep - Loan Paydown |
| 3.049 | Pathward, N.A. | 12/30/2025 | 35.00 | Interest & Fees |
| 3.050 | Pathward, N.A. | 12/30/2025 | 44,507.50 | Lockbox Sweep - Loan Paydown |
| 3.051 | Pathward, N.A. | 12/31/2025 | 46,800.39 | Lockbox Sweep - Loan Paydown |
| 3.052 | Pathward, N.A. | 1/1/2026 | 57,883.21 | Interest & Fees |
| 3.053 | Pathward, N.A. | 1/8/2026 | 160,312.99 | Lockbox Sweep - Loan Paydown |
| 3.054 | Pathward, N.A. | 1/9/2026 | 35.00 | Interest & Fees |
| 3.055 | Pathward, N.A. | 1/12/2026 | 33,054.45 | Lockbox Sweep - Loan Paydown |
| 3.056 | Pathward, N.A. | 1/13/2026 | 73,642.93 | Lockbox Sweep - Loan Paydown |
| 3.057 | Pathward, N.A. | 1/14/2026 | 62,762.32 | Lockbox Sweep - Loan Paydown |
| 3.058 | Pathward, N.A. | 1/15/2026 | 35.00 | Interest & Fees |
| 3.059 | Pathward, N.A. | 1/15/2026 | 2,782.22 | Lockbox Sweep - Loan Paydown |
| 3.060 | Pathward, N.A. | 1/20/2026 | 19,169.58 | Lockbox Sweep - Loan Paydown |
| 3.061 | Pathward, N.A. | 1/21/2026 | 35.00 | Interest & Fees |
| 3.062 | Pathward, N.A. | 1/23/2026 | 61,637.59 | Lockbox Sweep - Loan Paydown |
| 3.063 | Pathward, N.A. | 1/26/2026 | 35.00 | Interest & Fees |
| 3.064 | Pathward, N.A. | 1/26/2026 | 16,168.00 | Lockbox Sweep - Loan Paydown |
| | **Pathward, N.A. Total:** | | **1,783,879.02** | |
| 3.065 | Paychex | 11/6/2025 | 101,759.14 | Payroll |
| 3.066 | Paychex | 11/10/2025 | 4,821.11 | Payroll |
| 3.067 | Paychex | 11/21/2025 | 104,726.59 | Payroll |
| 3.068 | Paychex | 1/27/2026 | 96,846.13 | Payroll |
| | **Paychex Total:** | | **308,152.97** | |
| 3.069 | Peoples Gas | 12/12/2025 | 44,000.00 | Utilities |
| | **Peoples Gas Total:** | | **44,000.00** | |
| 3.070 | QAI, Inc. | 12/24/2025 | 14,824.00 | Certifications & Compliance |
| 3.071 | QAI, Inc. | 12/31/2025 | 3,337.00 | Certifications & Compliance |
| | **QAI, Inc. Total:** | | **18,161.00** | |
| 3.072 | Stark Law | 1/22/2026 | 13,000.00 | Professional Services |
| | **Stark Law Total:** | | **13,000.00** | |
| 3.073 | United Health Care | 11/12/2025 | 60,496.62 | Insurance |
| 3.074 | United Health Care | 1/12/2026 | 69,577.58 | Insurance |
| | **United Health Care Total:** | | **130,074.20** | |
| 3.075 | Yareny Rios | 1/22/2026 | 18,000.00 | Expense Reimbursement |
| | **Yareny Rios Total:** | | **18,000.00** | |

# ANSWER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 4

**SOFA ATTACHMENT**

Certain payments or transfers to insiders made within 1 year before filing this case

| Creditor's Name | Relationship to Debtor | Payment Date | Payment Amount | Reason For Payment or Transfer |
|---|---|---|---|---|
| Alouise Gredell | Family of President | 7/22/2025 | 5,000.00 | Buyout |
| Alouise Gredell | Family of President | 9/11/2025 | 5,000.00 | Buyout |
| Dawn Puch | Family of President | 9/11/2026 | 150,000.00 | Loan repayment |
| Jeff Puch | President | 1/27/2026 | 5,386.20 | Expense Reimbursement |
| Jeff Puch | President | Regular bi-weekly payment | 71,999.98 | Salary |
| Kim Puch | CRO | Regular bi-weekly payment | 149,999.98 | Salary |
| Kim Puch | CRO | 7/10/2025 | 5,114.74 | Expense Reimbursement |
| Mary Puch | AP Clerk | Regular bi-weekly payment | 82,000.10 | Salary |
| Michelle Puch | CFO | Regular bi-weekly payment | 149,999.98 | Salary |
| Michelle Puch | CFO | 7/10/2025 | 5,117.22 | Expense Reimbursement |
| Nicole Ziemba | CCO | Regular bi-weekly payment | 149,999.98 | Salary |
| Nicole Ziemba | CCO | 7/10/2025 | 5,297.00 | Expense Reimbursement |

# ANSWER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 21

SOFA 21 ATTACHMENT
Any property that the debtor holds or controls that another entity owns

| Entity | Assets Held | Value |
|---|---|---|
| All American Nut & Candy | Raw Materials/ Packaging | Unknown |
| AMT/ BFY | Raw Materials/ Packaging | Unknown |
| Bulk Candy Store | Raw Materials/ Packaging | Unknown |
| Chocolate Inn | Raw Materials/ Packaging | Unknown |
| Equity Labs | Raw Materials/ Packaging | Unknown |
| Ferrara Candy | Ruffinati Pulling Machines | Unknown |
| Finest Foods | Raw Materials/ Packaging | Unknown |
| FLX Worldwide | Raw Materials/ Packaging | Unknown |
| George Howe | Raw Materials/ Packaging | Unknown |
| Golden Lotus | Raw Materials/ Packaging | Unknown |
| J(2) Health | Raw Materials/ Packaging | Unknown |
| Libers Foods | Raw Materials/ Packaging | Unknown |
| Lovely Candy | Raw Materials/ Packaging | Unknown |
| Maud Borup | Raw Materials/ Packaging | Unknown |
| Olivio | Raw Materials/ Packaging | Unknown |
| Oomph Sweet | Raw Materials/ Packaging | Unknown |
| Quantum Health | Raw Materials/ Packaging | Unknown |
| Rose's Brands | Raw Materials/ Packaging | Unknown |
| Russel Stovers | Raw Materials/ Packaging | Unknown |
| Smart Sweets | Raw Materials/ Packaging | Unknown |
| Smood Sweets | Raw Materials/ Packaging | Unknown |
| Sparks | Raw Materials/ Packaging | Unknown |
| Sweeter Collective | Raw Materials/ Packaging | Unknown |
| T&R Marketing | Raw Materials/ Packaging | Unknown |
| Tom and Jenny | Raw Materials/ Packaging | Unknown |
| Traditional Medicinal | Raw Materials/ Packaging | Unknown |
| US Raws | Raw Materials | Unknown |
| Wedderspoon | Raw Materials/ Packaging | Unknown |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Primrose Candy Co.**                                     Case No.  **26-01430**

                                          Debtor(s)               Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JFP, LLC (50%)** | **Common** | **50%** | **Common** |
| **MVP, LLC (50%)** | **Common** | **50%** | **Common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 2, 2026**                    Signature  _Jeff Puch_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re __Primrose Candy Co.__

Debtor(s)

Case No. __26-01430__

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: __124__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 2, 2026**

**Jeff Pugh/President/Director**
Signer/Title