UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: PRIMROSE CANDY CO., Debtor(s) | ) ) ) ) ) ) ) | BK No.: 26-01430<br>Chapter: 11<br>Honorable Jacqueline Cox |

**ORDER MODIFYING ORDER AUTHORIZING DEBTOR TO OBTAIN SECURED CREDIT FROM AND PROVIDING ADEQUATE PROTECTION TO PATHWARD, NATIONAL ASSOCIATION AND FOR RELATED RELIEF**

THIS MATTER COMING TO BE HEARD upon the Motion of PRIMROSE CANDY CO, Debtor and Debtor-in-Possession herein, to Modify Order Authorizing Debtor to Obtain Secured Credit From and Providing Adequate Protection to Pathward National Association ("Pathward") and For Related Relief pursuant to Sections 363 and 364 of the Bankruptcy Code (the "Motion"); proper notice as required by Rules 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) Subject to the terms of this Order, the relief requested in the Motion is granted;

B) The Debtor is authorized to liquidate its marketable securities that serve as collateral to Pathward and pay the proceeds thereof to Pathward to reduce the Pathward Line of Credit (as that term is defined in the Motion) in a like amount;

C) Following the liquidation of its marketable securities, the Debtor's credit facility extended to it by Pathward shall be reduced from Seven Million Five Hundred Dollars ($7,500,000.00) to Three Million Dollars ($3,000,000.00) and the borrowing base formula under the Pathward Line of Credit shall thereby be amended to remove the marketable securities from the borrowing base calculation;

D) The borrowing base formula under the Pathward Line of Credit shall hereby be amended such that the inventory sublimit thereunder shall be reduced from Two Million Dollars ($2,000,000.00) to One Million Dollars ($1,000,000.00);

E) The borrowing base formula under the Pathward Line of Credit shall further be amended to increase the eligible inventory reserve by Two Hundred Thousand Dollars ($200,000.00);

F) Except as expressly modified by this Order, all other terms, conditions, and provisions of the DIP Financing Order (dkt. no. 70) shall remain in full force and effect.

G) This Order shall be effective as of April 8, 2026; and

H) The notice provided by the Debtor for the hearing on the Motion is sufficient under the circumstances of this Chapter 11 case.

Enter:

Jacqueline P. Cox

Honorable Jacqueline Cox

United States Bankruptcy Judge

Dated: April 15,2026

**Prepared by:**

DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
dwelch@burkelaw.com
Brian P. Welch, Esq. (Atty. No. 6307292)
bwelch@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611