UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 26-01430 |
| PRIMROSE CANDY CO., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED SECOND ORDER MODIFYING FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN SECURED CREDIT FROM AND PROVIDING ADEQUATE PROTECTION TO PATHWARD, NATIONAL ASSOCIATION AND FOR RELATED RELIEF**

THIS MATTER COMING TO BE HEARD upon the agreement of PRIMROSE CANDY CO., Debtor/Debtor-in-Possession and PATHWARD NATIONAL ASSOCIATION to Amend the Order Modifying Final Order Authorizing Debtor to Obtain Secured Credit From and Providing Adequate Protection to Pathward, National Association and for Related Relief [Doc 81] (the "Modified Order").

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The borrowing base formula under the Pathward Line of Credit shall be further amended to reduce the Inventory Cap to Six hundred fifty thousand and 00/100 Dollars ($650,000.00) through November 30, 2026 and then a total of Five hundred thousand and 00/100 Dollars ($500,000.00) in Inventory Cap thereafter;

B) Except as expressly modified by the Modified Order, this Order, all other terms, conditions, and provisions of the DIP Financing Order (dkt. no. 70) shall remain in full force and effect.

AGREED AS TO FORM
AND SUBSTANCE:

PRIMROSE CANDY CO.

By: /s/David K. Welch
One of Its Attorneys

PATHWARD, NATIONAL ASSOCIATION

By: /s/Kimberly Ross Clayson
One of Its Attorneys

David K. Welch
dwelch@burkelaw.com
Brian P. Welch, Esq.
bwelch@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

Kimberly Ross Clayson
kclayson@taftlaw.com

Taft Stettinius & Hollister LLP
27777 Franklin Rd. Suite 2500
Southfield, Michigan 48034
Tel: (248) 351-3000

Form G5 (20241101)

Enter: *Jacqueline P. Cox*

*J. Cox*

Dated: *10-27-26*

United States Bankruptcy Judge

**Prepared by:**

PATHWARD, NATIONAL ASSOCIATION'S COUNSEL
Kimberly Ross Clayson (Mich. Bar No. P69804)
kclayson@taftlaw.com
Taft, Stettinius & Hollister LLP
27777 Franklin Rd. Suite 2500
Tel: (248) 351-3000